UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| WHITNEY EATMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| CITY OF FORT WAYNE ANIMAL | ) | |
| CARE AND CONTROL, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF REMOVAL</u>

COMES NOW Defendant, The City of Fort Wayne/Metropolitan Human Relations Commission, by counsel, Eilbacher Fletcher, LLP, and hereby files this Notice of Removal of this action from the Allen Superior Court. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446(a), and pursuant thereto, Defendant hereby shows the Court as follows:

1. Attached hereto as Exhibit "A" is the Complaint in the action styled: *Whitney Eatmon v. City of Fort Wayne Animal Care and Control*, Cause No. 02D01-1805-CT-000281, pending in the Allen Superior Court. This Notice of Removal has been timely filed as shown by the date of process issued from the state court on Plaintiff's Complaint, showing a date of issuance of the summons by the Allen Superior Court Clerk of May 16, 2018, and this Notice of Removal has been filed less than thirty (30) days from that date.

2. The claims of Plaintiff's Complaint against the Defendant herein are brought under 42 U.S.C. § 1981, and 42 U.S.C. § 1988.

3. This action is removable pursuant to 288 U.S.C. § 1441(a) and (b) as a civil action of which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States, as this Court would have subject matter jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1331.

4.      Venue properly lies in the Northern District of Indiana pursuant to 28 U.S.C. § 1391(b) in that the Northern District of Indiana is the judicial district in which the Defendant is domiciled and in which a substantial part of the events or omissions giving rise to the claim occurred.

WHEREFORE, Defendant hereby respectfully requests the Court to accept jurisdiction of the removed action, notify the state court that removal has been permitted, and that the Allen Superior Court shall proceed no further with respect to the action unless and until it has been remanded, and for all other just and proper relief.

This Notice of Removal is hereby executed by the undersigned counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**EILBACHER FLETCHER, LLP**

/s/ Timothy A. Manges
Timothy A. Manges #17450-02
Rachel J. Guin-Lowry #31722-02
Attorneys for Defendant

803 South Calhoun Street, 4th Floor
Fort Wayne, Indiana  46802
Telephone:  (260) 425-9777
Facsimile:  (260) 424-9177
E-Mail: manges@eflawyers.com
        guin@eflawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2018, I electronically filed the foregoing with the CM/ECF Filing System, and electronically served a true and accurate copy of the foregoing to:

Christopher C. Myers
Cmyers@myers-law.com

Ilene M. Smith
ismith@myers-law.com

/s/ Timothy A. Manges
Timothy A. Manges