UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WHITNEY EATMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 1:18-CV-00179-HAB-SLC |
| | ) |
| CITY OF FORT WAYNE ANIMAL CARE AND CONTROL, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court for an Order on the Magistrate Judge's Report and Recommendation ("R & R") (ECF No. 46) wherein the Magistrate Judge recommends the Court grant the Motion for Distribution of Settlement Funds. (ECF No. 41).  The parties had fourteen days after being served with a copy of the R & R to file written objections thereto with the Clerk of Court.  No objections to the R&R have been filed.

The undersigned has reviewed the Magistrate Judge's R & R and the conclusions therein that Plaintiff's former counsel, Attorney Myers be disbursed $967.59 from the settlement proceeds on file with the Clerk and the remaining $782.41 be disbursed to Plaintiff. The Court finds the above determination by the Magistrate Judge to be a fair and equitable distribution of the settlement funds in this case. The R & R is APPROVED AND ADOPTED. (ECF No. 46).

The CLERK is DIRECTED to mail a check in the amount of $967.59 to Attorney Myers at the office address of record on the docket.  The remaining $782.41 shall be mailed to the Plaintiff's home address as listed on the docket. Once the funds are disbursed as indicated, this case may be CLOSED AND REMOVED from the Court's active docket.

1

SO ORDERED on November 10, 2020.

                                                   s/ *Holly A. Brady*
                                                   JUDGE HOLLY A. BRADY
                                                   UNITED STATES DISTRICT COURT